NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AUDREY ALOZIE,**
*Plaintiff-Appellant,*

v.

**CHRISTUS SCHUMPERT HEALTH SYSTEMS,**
*Defendant-Appellee.*

---

2012-1317

---

Appeal from the United States District Court for the Western District of Louisiana in case no. 10-CV-1184, Judge S. Maurice Hicks.

---

## ON MOTION

---

## ORDER

The court considers whether this appeal should be transferred to the United States Court of Appeals for the Fifth Circuit.

Audrey Alozie appeals from a decision of the United States District Court for the Western District of Louisiana entering final judgment from claims of racial, age, and gender discrimination. This court is a court of limited jurisdiction. 28 U.S.C. § 1295. Based only upon our

review, it does not appear that the district court's jurisdiction arose in whole or in part under the laws governing this court's appellate jurisdiction.

Accordingly,

IT IS ORDERED THAT:

Absent a response received by this court within 14 days of the date of filing of this order, this appeal will be transferred to the United States Court of Appeals for the Fifth Circuit pursuant to 28 U.S.C. § 1631.

FOR THE COURT

APR 1 8 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Audrey Alozie
    S. Price Barker, Esq.

s24

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 1 8 2012

JAN HORBALY
CLERK